UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE



FILED

2019 JUL 16 P 2:02

U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

UNITED STATES OF AMERICA )
) NO. 3:19-CR- 112
v. )
) JUDGES Varlan/Guyton
DERRICK SMITH, )
aka LIL D )

### ORDER TO SEAL

Upon motion of the United States and for good cause shown, the Court hereby orders that the Indictment and this case be sealed pending the further Order of this Court or another Court of competent jurisdiction.

It is further ordered that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

_____
UNITED STATES MAGISTRATE JUDGE